IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR ACEVES,<br>    *Plaintiff,* | §<br>§<br>§ | |
| vs. | §<br>§ | NO. 4:13-cv-00265<br>**JURY TRIAL DEMANDED** |
| CITY OF DEER PARK,<br>    *Defendant.* | §<br>§<br>§ | |

**AGREED FINAL JUDGMENT**

In accordance with the settlement agreement resolving this dispute, Plaintiff's action against Defendant is DISMISSED WITH PREJUDICE.

The res judicata effect of this final judgment shall bar the reassertion of any claims brought in this case, as well as the assertion of any factually-related claims that could have been asserted, but were not.

All costs of court shall be borne by the party incurring same.

Signed _____, 2014.


                                      _____

                                        HON. DAVID HITTNER
                                        UNITED STATES DISTRICT JUDGE

AGREED AS TO SUBSTANCE
AND ENTRY REQUESTED:


By:_____

Melissa Moore
State Bar No. 24013189
Rochelle Owens
State Bar No. 24048704
MOORE & ASSOCIATES
440 Louisiana Street, Suite 675
Houston, Texas 77002
(713) 222-6775
(713) 222-6739 (Fax)

ATTORNEY-IN-CHARGE FOR PLAINTIFF
SALVADOR ACEVES

By:_____

Ramon G. Viada III
State Bar No. 20559350
Stefanie A. Strayer
State Bar No. 24013273
VIADA & STRAYER
17 Swallow Tail Court, Suite 100
The Woodlands, Texas 77381
(281) 419-6338
(281) 419-8137 (Fax)

ATTORNEY-IN-CHARGE FOR DEFENDANT
CITY OF DEER PARK