UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR ACEVES, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-13-0265 |
| | § | |
| CITY OF DEER PARK, | § | |
| *Defendant*. | § | |

## AGREED FINAL JUDGMENT

In accordance with the terms of the parties' settlement agreement, it is

ORDERED that plaintiff's case is dismissed with prejudice.

This is a final judgment with res judicata effect as to all claims actually asserted and as to any factually-related claims that could have been asserted.

Each party shall pay its own costs.

Signed at Houston, Texas on April 8, 2014.

_____
Stephen Wm Smith
United States Magistrate Judge